1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.: ED CR 04-30-VAP
                                       )
12                    Plaintiff,       )   ORDER OF DETENTION PENDING
                                       )   FURTHER REVOCATION
13               v.                    )   PROCEEDINGS
                                       )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   Mike Solorzano                    )   U.S.C. § 3143(a)(1))
                                       )
15                    Defendant.       )
                                       )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ____Central____ District of

18   ____California____ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              (X)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

                                       1

1    and/ or

2    B. (X)    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (X)    information in the Pretrial Services Report and Recommendation

7    (X)    information in the violation petition and report(s)

8    (X)    the defendant's nonobjection to detention at this time

9    ( )    other: _____

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

14    Dated: January 13, 2015

    SHERI PYM
    United States Magistrate Judge